JOSEPH H. CLARK, Respondent, *v.* GEORGE C. TRAVER, Appellant.

*Negligence — motor vehicles — action to recover for personal injuries received while riding as guest in automobile through alleged negligence of owner.*

. *Clark* v. *Traver*, 205 App. Div. 206, affirmed.

(Argued November 23, 1923; decided December 27, 1923.}

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 23, 1923, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant. Plaintiff, while riding as a guest in defendant's automobile, received injuries through an accident arising, as alleged, from the automobile being driven at an excessive speed. The defense was contributory negligence.

*John A. Slade* for appellant.
*Henry F. Toohey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

REPUBLIC OF FRANCE, Appellant, *v.* MAURICE O'MEARA COMPANY, Respondent.

*Contract — sale — Statute of Frauds — when letters insufficient to con-
· stitute a contract.*

*Republic of France* v. *O'Meara Co.*, 206 App. Div. 739, affirmed.

(Argued November 26, 1923; decided December 27, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 9, 1923, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The action was to recover upon an alleged contract of sale. The defense was the Statute of Frauds. Plaintiff claimed that the following two letters constituted a contract: